IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 06-cv-02364-WDM-BNB

WILLIAM WASHINGTON, and
PEGGY WASHINGTON,

Plaintiffs,

v.

WESTERN DISTRIBUTING TRANSPORTATION CORP., a/k/a WESTERN
DISTRIBUTING COMPANY;
DINO GUADAGNI, Owner;
VIERI GAINES GUADAGNI, President;
CHIP GRANT, Supervisor;
SAM BRUNO, Safety Director;
JOHN CORWIN, Employee; and
LAKISHA COOK, Human Resources Director;
All jointly and as individuals and in their business capacities,

Defendants.

_____

**ORDER**
_____

This matter is before me on the **Unopposed Motion to Withdraw Acceptance of Service on Behalf of Defendant John Corwin** [Doc. # 12, filed 1/16/2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED, and the acceptance of service by Frank W. Visciano purportedly on behalf of defendant John Corwin is WITHDRAWN.

IT IS FURTHER ORDERED that the plaintiffs shall make service of process upon defendant John Corwin in accordance with the Federal Rules of Civil Procedure.

Dated January 18, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge