IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No.      06-cv-02364-WDM-BNB

WILLIAM WASHINGTON, et al.,

    Plaintiffs,

v.

WESTERN DISTRIBUTING TRANSPORTATION CORP., et al.,

    Defendants.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's motion for summary judgment (doc. no. 35) is stricken for failure to comply with Judge Miller's Pretrial and Trial Procedures, 6.3.

Dated:  August 16, 2007

                                      s/ Jane Trexler, Judicial Assistant